UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WILSON, JR, | 1:16-cv-0616 JLT (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| WILLIAM L. MUNIZ, | |
| Respondent. | |

Frederick Wilson, Jr. filed a habeas corpus action and a request to proceed in forma pauperis in this Court. However, he seeks to challenge a conviction arising from the Central District of California. Thus, the Court must transfer the matter to that District.

**I.      Analysis**

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

As noted above, the petitioner is challenging a conviction from Los Angeles County, which is in the Central District of California. Therefore, the petition should have been filed in the

1

1  United States District Court for the Central District of California.  In the interest of justice, a
2  federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §
3  1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
4      Accordingly, the Court **ORDERS** this matter to be transferred to the United States
5  District Court for the Central District of California.

IT IS SO ORDERED.

    Dated:  **May 9, 2016**             **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE